## City Motors, Inc. *v.* Royston Distributors, Inc., Appellant.

Argued September 11, 1968; reargu-

ment refused November 21, 1968. *Peter Hearn,* with him *John C. Hambrook,* and *Fox, Oldt & Hambrook,* and *Pepper, Hamilton & Scheetz,* for appellant; *Darold L. Hemphill,* with him *William B. Joachim, Jr.,* for appellee.

Order affirmed.